UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
DONALD ROLAND INGRAM

CASE NO. 05 B 42031

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-3819

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/29/05 and confirmed on 12/02/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 42597.55 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9937.26 | .00 | 9937.26 |
| ILLIANA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13101.13 | .00 | 13101.13 |
| MIDWEST PAIN MANAGEMENT | UNSECURED | 1540.00 | .00 | 1540.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10817.83 | .00 | 10817.83 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 35396.22 | .00 | 35396.22 |
| PRINCIPAL PAID | .00 | .00 | 35396.22 | .00 | 35396.22 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 35396.22 | .00 | 35396.22 |

The Debtor's attorney, PETER FRANCIS GERACI    , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1865.11 .

Refunds to the Debtor totaled $ 2636.22 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/12/08

/S/  
GLENN STEARNS  
CHAPTER 13 TRUSTEE

```
                           PAGE   2
     CASE NO. 05 B 42031 DONALD ROLAND INGRAM
```